ACCEPTED
07-15-00026-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
11/18/2015 9:59:04 AM
Vivian Long, Clerk

## CASE NO.  07-15-00026-CV

### IN THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
11/18/2015 9:59:04 AM
VIVIAN LONG
CLERK

**WC 1217-1221 HAVEN LANE, LP,**

**Plaintiff/Appellant,**

**v.**

**MID-CENTURY INSURANCE CO. AND PARK MOYER,**

**Defendants/Appellees.**

_____

### ON APPEAL FROM CAUSE NO. 13-0730-C368
### 368TH DISTRICT COURT, WILLIAMSON COUNTY, TEXAS
_____

### UNOPPOSED MOTION FOR EXTENSION TO FILE APPELLANT'S  REPLY BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

Counsel for Appellant, WC 1217-1221 Haven Lane, L.P., hereby files the present Unopposed Motion for an Extension of Time to File Appellant's Reply Brief. Specifically, due to the upcoming holiday and also due to a recent development where counsel has a trial setting in the K-192nd Judicial District Court of Dallas County, Texas, in a matter styled *Brockwood Properties LP v. State Farm Lloyds*, Cause No. DC-13-09273, Appellant is humbly seeking a thirty (30)

day extension for the filing of its Reply Brief, which presently has a deadline of November 20, 2015.

Appellee's counsel has been informed as of the filing of the unopposed motion for extension, and has no opposition to the request or the length of the extension sought. Accordingly, Appellant respectfully requests this Honorable Court grant it's Motion for Extension of Time to File its Reply Brief and permit the same to be filed on or before December 20, 2015. Appellant further request this Honorable Court grant all other relief as would be appropriate, and as justice would require under the present circumstances.

Respectfully submitted,

*/s/ Scott G. Hunziker*
Scott G. Hunziker
Attorney-in-Charge
Texas Bar No. 24032446
Federal I.D. No. 38752
scott@vosslawfirm.com

OF COUNSEL:
The Voss Law Firm, P.C.
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

As required by the Texas Rules of Appellate Procedure 10.1(a)(5), I certify that I have conferred on November 17, 2015 with opposing counsel about the merits of this motion with the following results:

MARTIN, DISIERE, JEFFERSON & WISDOM
Christopher Martin
Kevin Cain
Niels Esperson Building
808 Travis, 20th Floor
Houston, TX 77002

□ opposes motion
X does not oppose motion
□ agrees with motion
□ would not say whether motion is opposed

/s/ Scott G. Hunziker

Scott G. Hunziker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copies of the foregoing Motion for Extension was served via electronically filing on this 18th day of November, 2015 upon

MARTIN, DISIERE, JEFFERSON & WISDOM
Christopher Martin
Kevin Cain
Niels Esperson Building
808 Travis, 20th Floor
Houston, TX 77002

*/s/ Scott G. Hunziker*

Scott G. Hunziker